**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **VIOLET L. GOODWIN,** | ) | **CASE NO. 8:11CV326** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| **SCOTT BENSON, KEVIN DENKER,** | ) | |
| **and OMAHA CITY PLANNING,** | ) | |
| | ) | |
| **Defendants.** | ) | |

Plaintiff, a non-prisoner, filed a Motion for Leave to Proceed In Forma Pauperis.

(Filing No. 3.)  Upon review of Plaintiff's Motion, the court finds that Plaintiff is financially

eligible to proceed in forma pauperis.

IT IS THEREFORE ORDERED that leave to proceed in forma pauperis is

provisionally granted, and the Complaint shall be filed without payment of fees.


DATED this 3rd day of October, 2011.


BY THE COURT:


s/Laurie Smith Camp
United States District Judge